IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ALABAMA CREDIT UNION,<br><br>     Plaintiff,<br><br>v.<br><br>THE CREDIT UNION OF ALABAMA FEDERAL CREDIT UNION, f/k/a B. F. GOODRICH EMPLOYEES FEDERAL CREDIT UNION,<br><br>     Defendant. | CV-05-B-1692-W |

<u>Joint Report to Court</u>

Pursuant to the Court's order entered June 5, 2008 (Doc. #119), the parties report that since their joint report to the court on July 3, 2008 (Doc. #120), they have continued to exchange lists of proposed names by correspondence of July 15 and July 29, and that they have exchanged comments and objections by correspondence of July 8 and July 22.  The lawyers for the parties met for an extended period on August 1, 2008, which included oral comments on the July 29 proposals.

The parties believe that they have been making progress and request an additional thirty days to continue the discussions.  The parties do not see the need to extend the order requiring the continued exchange of names since there are an

adequate number of names proposed.  The parties request an additional thirty days to continue their discussion.

The parties respectfully request that the status conference, now scheduled for August 7 at 4:00 p.m., be postponed for 30 days.

Dated: August 1, 2008

| | |
|---|---|
| s/Lewis W. Page, Jr. | s/Michael S. Denniston |
| Lewis W. Page, Jr. | Michael S. Denniston |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| Page Law Firm, LLC | Bradley Arant Rose & White, LLP |
| 1933 Building, Suite 100 | One Federal Place |
| 1933 Richard Arrington Jr. Blvd. S. | 1819 Fifth Avenue North |
| Birmingham, AL  35209-1262 | Birmingham, AL  35203-2104 |

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

James N. Nolan
David W. Spurlock
Walston, Wells & Birchall, LLP
One Federal Place
1819 5th Avenue North, Suite 1100
Birmingham, AL   35203

Barry V. Frederick
Brandi B. Frederick
The Frederick Firm
5409 Trace Ridge Lane
Hoover, AL   35244

Kyle Smith
Sirote & Permutt
2311 Highland Ave. South
Birmingham, AL   35205-5727

Paul E. Toppins
1308 Dearing Place
Tuscaloosa, AL   35401-3336

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

s/Lewis W. Page, Jr.
OF COUNSEL